UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL YANG, et al.,<br><br>Defendants. | Case No.  14-cv-04863-JSC<br><br>**ORDER TO PLAINTIFF FOR STATUS UPDATE** |

On June 26, 2015, Plaintiff advised the Court that this action had settled. He stated further that the parties needed until July 26, 2015 to fulfill the settlement, and that one the settlement terms are satisfied "Plaintiff will promptly file a Notice of Dismissal." (Dkt. No. 13.) As of the date of this Order, no Notice of Dismissal has been filed and Plaintiff has not otherwise communicated with the Court. Accordingly, on or before October 16, 2015, Plaintiff shall file a Notice of Dismissal or, if he cannot do so, provide the Court with a Status Update.

**IT IS SO ORDERED.**

Dated: October 5, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge